MORROW

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Cr. No.:** _1:21-cr-10066_ |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **18 U.S.C. § 922(g)(3)** |
| | ) | **18 U.S.C. § 922(o)** |
| **v.** | ) | **18 U.S.C. § 924(a)(2)** |
| | ) | **26 U.S.C. § 5822** |
| **BOBBY JOE BROWN,** | ) | **26 U.S.C. § 5841** |
| | ) | **26 U.S.C. § 5842** |
| **Defendant.** | ) | **26 U.S.C. § 5861** |
| | ) | **26 U.S.C. § 5871** |

# <u>INDICTMENT</u>

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-8</u>

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BOBBY JOE BROWN** --------------------------------------------

knowing he was an unlawful user of and addicted to a controlled substance, as defined

in section 102 of the Controlled Substances Act, Title 21, United States Code, Section

802, did knowingly possess the following firearms, which had been shipped and

transported in interstate commerce:

| COUNT NOS. | FIREARM |
|---|---|
| 1 | Taurus, Model PT-145, .45 caliber pistol (Serial No. NVE90401). |
| 2 | Smith & Wesson, Model M&P, .40 caliber pistol (Serial No. HRA2588). |
| 3 | Smith & Wesson, Model SW 22 Victory, .22 caliber pistol (Serial No. UDZ4349). |
| 4 | Ruger, Model M77, .300 Win Mag rifle (Serial No. 711-68750). |
| 5 | Savage Arms, Model M93R17, .17 HRM rifle (Serial No. 1165735). |

| 6 | Palmetto State Armory (LW Schneider), Model PA-15, Multi-Caliber rifle (Serial No. LW261992). |
| 7 | Revelations, Model 350, .410 shotgun (Serial No. C621006). |
| 8 | Dan Wesson, .357 caliber revolver (Serial No. 175752). |

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 9

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BOBBY JOE BROWN** --------------------------------------------

knowingly possessed a firearm, described as a firearm silencer (as defined in Title 18, United States Code, Section 921), made in violation of Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

## COUNT 10

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BOBBY JOE BROWN** --------------------------------------------

knowingly possessed a firearm, as defined in Title 18, United States Code, Section 921(a)(3), that being a cylindrical metal device constructed of non-ferrous material and comprised of front and rear end-caps, baffles, ports, an expansion chamber, an encapsulated chamber, and a threaded attachment, the physical characteristics of which are consistent with those of other firearm silencers; that is, it is a device for silencing or diminishing the report of a firearm and constitutes a firearm silencer or muffler as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(a)(7), that is not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 11

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BOBBY JOE BROWN** --------------------------------------------

knowingly possessed a firearm as defined in Title 18, United States Code, Section 921(a)(3), that being a cylindrical metal device constructed of non-ferrous material and comprised of front and rear end-caps, baffles, ports, an expansion chamber, an encapsulated chamber, and a threaded attachment, the physical characteristics of which are consistent with those of other firearm silencers; that is, it is a device for silencing or diminishing the report of a firearm and constitutes a firearm silencer or muffler as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(a)(7), that is not identified by a serial number as required by Chapter 53 of the United States Code and the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5842, 5861(i), and 5871.

## COUNT 12

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BOBBY JOE BROWN** --------------------------------------------

knowingly possessed a firearm that was not registered to him in the National Firearms and Transfer Record, that is, one auto sear bearing no serial number, a firearm under Title 26, United States Code, Section 5845(a)(6) and a machinegun under Title 26, United States Code, Section 5845(b), in violation of Title 26, United States Code, Section 5861(d).

## COUNT 13

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BOBBY JOE BROWN** --------------------------------------------

knowingly possessed a firearm that was not registered to him in the National Firearms and Transfer Record, that is, a Palmetto State Armory, Model PA-15, multi-caliber rifle bearing Serial No. LW261992, a firearm under Title 26, United States Code, Section 5845(a)(6) and a machinegun under Title 26, United States Code, Section 5845(b), in violation of Title 26, United States Code, Section 5861(d).

## COUNT 14

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------- **BOBBY JOE BROWN** --------------------------------------

knowingly possessed a machinegun (as defined in Title 26, United States Code, Section 5845(b)), that is, one auto sear bearing no serial number, in violation of Title 18, United States Code, Section 922(o).

## COUNT 15

On or about August 7, 2018, in the Western District of Tennessee, the defendant,

-------------------------------------- **BOBBY JOE BROWN** --------------------------------------

knowingly possessed a machinegun (as defined in Title 26, United States Code, Section 5845(b)), that is, a Palmetto State Armory, Model PA-15, multi-caliber rifle bearing Serial No. LW261992, in violation of Title 18, United States Code, Section 922(o).

A TRUE BILL:

_____
FOREPERSON

_____
DATE

JOSEPH C. MURPHY, JR.
ACTING UNITED STATES ATTORNEY

_____
VICTOR L. IVY
ASSISTANT UNITED STATES ATTORNEY